UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR. No.: 3:07-155-JFA |
|---|---|---|
| v. | ) | ORDER |
| BRODERICK HILLER | ) | |

The defendant has filed a *pro se* "Motion to Modify or Reduce Sentence 18 U.S.C. §3582(c)(2)." The government is respectfully requested to respond to this motion within thirty days.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.
United States District Judge

July 31, 2012
Columbia, South Carolina